FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 DEC 27 PM 12: 24
CLERK TRB
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| Leann Carpenter | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CV618-094 |
| | ) | |
| Commissioner of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the United States' motion for temporary stay of the proceedings in light of a Government lapse in appropriations,

IT IS HEREBY ORDERED that this case is stayed until the U.S. Attorney's funding is restored and all pending deadlines are accordingly extended.

ORDER ENTERED at Augusta, Georgia this 27th day of December, 2018.

THE HONORABLE R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA