IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LEANN CARPENTER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CIVIL ACTION NO.: 6:18-cv-094

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's January 14, 2020 Report and Recommendation, (doc. 19), to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court, **AFFIRMS** the Acting Commissioner's final decision, and **DIRECTS** the Clerk of Court to **CLOSE** this case and **ENTER** final judgment in favor of the Acting Commissioner.

**SO ORDERED**, this 28th day of February, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA